JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JUSTIN WASHBURNE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6378
Justin.Washburne@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>AUGUSTIN GARCIA-GOMEZ,<br>     aka "Augustin Garcia,"<br>     aka "Augustin Gomez,"<br>     aka "Augustin Gomez-Garcia,"<br><br>             Defendant. | Case No. 2:23-mj-640-VCF<br><br>**Order on Stipulation to<br>Extend Deadlines to Conduct Preliminary<br>Hearing and File Indictment** |

        Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

        IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on __8/3/2023__ at the hour of __4:00__ p.m., be vacated and continued to __10/17/2023__ at the hour of _4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach._

5

DATED this <u>24</u> day of July, 2023.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

6