# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>AUGUSTIN GARCIA-GOMEZ,<br>  aka "Augustin Garcia,"<br>  aka "Augustin Gomez,"<br>  aka "Augustin Gomez-Garcia,"<br><br>        Defendant. | Case No. 2:23-mj-00640-VCF-1<br><br>**ORDER** |

    Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

    IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for October 17, 2023 at 4:00 p.m., be vacated and continued to November 16, 2023 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

    DATED this 13th day of October, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

5